IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 PROCEEDING |
| JEREMY A NORRIS | : | CASE NO: 14-62601 |
| | : | JUDGE RUSS KENDIG |
| DEBTOR(S) | : | OBJECTION TO CLAIM (S) |

*************************************************************************

**Now comes the Standing Chapter 13 Trustee, Toby L. Rosen**, and objects to claim **No. 003** filed herein by CERASTES, LLC for the following reason:

The claim as filed includes fees in the amount of $259.00 which are not verifiable.

**WHEREFORE**, the Trustee prays that the claim be **allowed in the amount of $3,563.24 without the inclusion of said fees.**

/S/ Toby L. Rosen

Toby L Rosen, Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I certify that on February 11, 2015, a true and correct copy of the OBJECTION was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

 EDWARD S LAKE, on behalf of JEREMY A NORRIS, at elake@ohiobankruptcyrelief.com

And by regular U.S. Mail, postage prepaid, on:

JEREMY A NORRIS
4544 HENRYS MILL CIRCLE, NW
CANTON, OH 44718

CERASTES, LLC
C/O WEINSTEIN PINSON & RILEY, PS
2001 WESTERN AVE, SUITE #400
SEATTLE, WA 98121

/s/ Toby L. Rosen
Toby L. Rosen, Chapter 13 Trustee

400 West Tuscarawas Street, 4th Floor
Canton, Ohio 44702
330-455-2222

## NOTICE OF OBJECTION TO CLAIM

The Chapter 13 Trustee has filed an objection to claim in the bankruptcy case.

**The claim may be reduced, modified or eliminated. You should read these papers carefully and discuss them with your attorney if you have one.**

The within relief shall be granted without further hearing after **THIRTY (30) DAYS** from service hereof.

If you wish to file an **OBJECTION** or a request for **HEARING**, or if you do not want the court to **eliminate or change** said claim, then on or before **MARCH 13, 2015**, you or your lawyer must:

File with the Court a written response to the objection, explaining your position at:

> United States Bankruptcy Court
> Ralph Regula Federal Building
> 401 McKinley Avenue, S. W.
> Canton, Ohio 44702

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

You must also mail a copy to:
> Chapter 13 Trustee
> 400 W Tuscarawas St, Ste #400
> Canton, Ohio 44702

and the Debtor's Attorney at:
> EDWARD S LAKE
> 4450 BELDEN VILLAGE STREET #804
> CANTON, OH 44718

If you or your attorney do not take these steps, the Court may decide that you do not oppose the objection to your claim.